IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:16cv114 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| DAVID MICHAEL DAKOSKI | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed.

This the 5th day of October, 2016.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE